UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARI LYNN REESE,

        Plaintiff,

                              Case No. 16-13931
v.                               HON. TERRENCE G. BERG
                               Mag. Judge Whalen

SOCIAL SECURITY,
Commissioner of,

        Defendant.

_____/

## SOCIAL SECURITY CONSENT ORDER

    In the interests of the prompt and efficient adjudication of this case, it is ordered that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings in this case before the assigned Magistrate Judge.

    If both parties consent to proceed before the Magistrate Judge, counsel for the defendant must, within two weeks of the date of this order, file a fully executed Notice, Consent and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available in fillable format at www.mied.uscourts.gov. If such a form is submitted, the Court will review it and enter a reference order and all further

proceedings will be conducted before the Magistrate Judge. Any appeal of the Magistrate's decision would be taken directly to the United States Court of Appeals for the Sixth Circuit.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint notice, within two weeks of the date of this order advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.

The parties are free to withhold consent without negative consequences.

SO ORDERED.

s/Terrence G. Berg  
**TERRENCE G. BERG**  
UNITED STATES DISTRICT JUDGE

Dated:   March 3, 2017  
         Flint, Michigan

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 3, 2017.

s/Amanda Chubb  
AMANDA CHUBB  
Case Manager